ACCEPTED
15-25-00172-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/3/2025 3:11 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00172-CV

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | FILED IN THE<br>15th COURT OF APPEALS<br>AUSTIN, TEXAS **IN THE** |
| | § | |
| **VS.** | § | **FIFTEENTH COURT** 12/3/2025 3:11:25 PM |
| | § | CHRISTOPHER A. PRINE<br>Clerk |
| **Ruben Freeman** | § | **OF APPEALS** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.1 and 38.6(d), Ruben Freeman, Appellant in the above-styled and numbered cause, acting by and through his attorney, Bobby Dale Barina, files this Motion for Extension of Time to File Appellant's Brief and in support shows the following:

1. Appellant, Ruben Freeman, is charged with Aggravated Assault with a Deadly Weapon and was found incompetent to stand trial. Later, appellant was ordered to a Civil Commitment on September 17th, 2025.

2. This appeal was perfected by a Notice of Appeal filed on September 22nd, 2025.

3. The clerk's record was filed with the Court on September 30th, 2025 and the court reporter's record was filed with the Court on November 9th, 2025.

4. Appellant is presently in custody of the Austin State Hospital.

5. Appellant's brief is due in the Court of Appeals on December 1st, 2025.

6. There have been no extensions of time granted to Appellant in this appeal.

7. Appellant requests an extension of thirty days to file Appellant's Brief in this cause.

8. The requested extension is needed because Counsel was required to collaborate on a separate brief with another attorney, which necessitated additional time and prevented him from finalizing the brief in this matter.

APPELLANT PRAYS that the Court grant an extension of thirty days to file Appellant's brief in this cause.

Respectfully submitted,


BARINA LAW GROUP, PLLC
2207 Birdcreek Drive
Temple, TX 76502



/s/ Bobby Dale Barina
Bobby Dale Barina
Attorney for Defendant
Bar no: 01738480
Office Phone: (254) 699-3755
Email: serve@barinalaw.com

## CERTIFICATE OF CONFERENCE

I, Bobby Dale Barina, certify that I have conferred with Counsel for the State and they do not oppose the granting of Appellant's Motion for Extension of Time to file Appellant's Brief.

/s/ Bobby Dale Barina
Bobby Dale Barina
Attorney

## VERIFICATION

**BEFORE ME**, the undersigned authority, on this day personally appeared Bobby Dale Barina, who having been duly sworn and upon oath says, "I am the attorney of record in the above styled and numbered cause, and the facts stated in the foregoing Motion for Extension of Time to File Appellant's Brief are true and correct."

Bobby Dale Barina
Attorney

**SUBSCRIBED AND SWORN BEFORE ME** on this ___3___ day of December, 20_25_.


Notary Public, State of Texas

LEXUS RAQUEL MENDEZ
Notary Public, State of Texas
Comm. Expires 11-27-2027
Notary ID 134657469

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document was served on the Bell County District Attorney's office, through the electronic filing manager as provided in Texas Rules of Appellate Procedure 9.5(b)(1) on December 3, 2025.

/s/ Bobby Dale Barina
Bobby Dale Barina
Attorney for Defendant

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bobby Barina on behalf of Bobby Barina
Bar No. 1738480
bobbydalebarina@barinalaw.com
Envelope ID: 108677782
Filing Code Description: Motion - Exempt
Filing Description: Motion for Extension of Time to File Brief
Status as of 12/3/2025 3:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bobby DaleBarina | | serve@barinalaw.com | 12/3/2025 3:11:29 PM | SENT |
| Brendan Guy | | brendan.guy@bellcounty.texas.gov | 12/3/2025 3:11:29 PM | SENT |